UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   02-176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REYNALDO CORTEZ JR | ) | SATISFACTION OF JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of that certain judgment for the crime victim fund assessment entered on December 19, 2003, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized and directed to enter satisfaction of record in this action.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney

By: /s/ Gary L. Hayward
Gary L. Hayward
Assistant United States Attorney
U.S. Courthouse Annex
110 E. Court Avenue
Des Moines, Iowa  50309
Tel: (515) 284-6474
Fax: (515) 284-6492
Email: Gary.Hayward@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2005, I electronically filed the foregoing with the Clerk of Cout using the ECF system and that a true copy of the United States' Satisfaction of Judgment was served either electronically or by U.S. First Class Mailupon the following on March 29 2005.

Reynaldo Cortez, Jr.

                                                  */s/ Gary L. Hayward*
                                                  Gary L. Hayward
                                                  Assistant U.S. Attorney